No. D–2567.   IN RE DISBARMENT OF MAZUR.   Disbarment entered.   [For earlier order herein, see 562 U. S. 817.]

No. D–2569.   IN RE DISBARMENT OF EDELSON.   Disbarment entered.   [For earlier order herein, see 562 U. S. 818.]

No. D–2571.   IN RE DISBARMENT OF MOYLER.   Disbarment entered.   [For earlier order herein, see 562 U. S. 818.]

No. D–2572.   IN RE DISBARMENT OF STONE.   Disbarment entered.   [For earlier order herein, see 562 U. S. 818.]

No. D–2573.   IN RE DISBARMENT OF MCPHERSON.   Disbarment entered.   [For earlier order herein, see 562 U. S. 818.]

No. D–2574.   IN RE DISBARMENT OF LEBLANC.   Disbarment entered.   [For earlier order herein, see 562 U. S. 818.]

No. D–2575.   IN RE DISBARMENT OF PONDS.   Disbarment entered.   [For earlier order herein, see 562 U. S. 819.]

No. D–2576.   IN RE DISBARMENT OF MALKUS.   Disbarment entered.   [For earlier order herein, see 562 U. S. 1039.]

No. D–2578.   IN RE DISBARMENT OF KRONEMYER.   Disbarment entered.   [For earlier order herein, see 562 U. S. 1039.]

No. D–2579.   IN RE DISBARMENT OF CHIN.   Disbarment entered.   [For earlier order herein, see 562 U. S. 1040.]

No. D–2580.   IN RE DISBARMENT OF HUNT.   Disbarment entered.   [For earlier order herein, see 562 U. S. 1040.]

No. 10M111.   SEALED DEFENDANT v. UNITED STATES.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10M112.   GOMEZ v. CALIFORNIA.   Motion for leave to file petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with either a redacted petition or an explanation as to why the petition may not be redacted within 30 days.

No. 10–9801.   IN RE VINSON; and
No. 10–10381.   IN RE SMITH.   Petitions for writs of mandamus denied.